IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MOHAMMED T. ANWO, )
)
    Plaintiff, )
) Civil Action No. 06-269 Erie
v. )
)
MARVIN D. MORRISON, et al., )
)
    Defendants. )

## **MEMORANDUM ORDER**

This civil rights action was received by the Clerk of Court on November 17, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 45], filed on July 9, 2008, recommended that Defendants' motion to dismiss or in the alternative for summary judgment [Doc. No. 31] be granted. The parties were allowed ten (10) days from the date of service to file objections. Plaintiff was granted two extensions of time in which to file objections [Doc. Nos. 46 and 47]. No objections were filed. After <u>de novo</u> review of the motion and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 19th day of September, 2008;

IT IS HEREBY ORDERED that Defendants' motion to dismiss or in the alternative for summary judgment [Doc. No. 31] is GRANTED.

The Report and Recommendation [Doc. No. 45] of Magistrate Judge Baxter, filed on July 9, 2008, is adopted as the opinion of the Court.

The clerk is directed to close the case.

                                            s/ Sean J. McLaughlin
                                               United States District Judge

cm: All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge